Antyane ROBINSON, Appellant

v.

John E. WETZEL, Secretary, Pennsylvania Department Of Corrections; Louis B. Folino, Superintendent, SCI–Green; Dennis E. Lebo, Clerk Of Courts', Cumberland County Court of Common Pleas, Appellees.

Supreme Court of Pennsylvania.

March 26, 2012.

Antyane Robinson, SCI Green, Waynesburg, pro se.

Dennis Lebo, Cumberland Co. Clerk of Court, Carlisle, pro se.

Jeffrey M. Paladina, Suzanne Noelle Hueston, Pennsylvania Department of Corrections, Mechanicsburg, for John E. Wetzel and Louis B. Folino.

## ORDER

PER CURIAM.

AND NOW, this 26th day of March, 2012, the order of the Commonwealth Court is AFFIRMED.

James WELCH, Appellant

v.

Edward PALKA, Individually; and as a Kingston, Luzerne Co. Police Officer; and Richard Kotchik, Individually; and as a Kingston, Luzerne Co. Police Officer; and Mario Scotti, Individually; and as an Avoca, Luzerne Co. Police Officer; and Robert Evans, Individually; and as an Avoca, Luzerne Co. Police Officer; and John Doe, Individually; and as a Plymouth, Luzerne Co. Police Officer, Appellees.

Supreme Court of Pennsylvania.

March 26, 2012.

## ORDER

PER CURIAM.

AND NOW, this 26th day of March, 2012, the Order of the Commonwealth Court is AFFIRMED.